UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

03-80978

CIV-RYSKAMP

MAGISTRATE JUDGE
VITUNAC

FILED by _____ D.C.
OCT 2 2 2003
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JUAN HUIX and DIEGO HUIX,

    Plaintiffs,

v.

THE KRONER GROUP, INC., d/b/a COVERALL
OF PALM BEACH., a Florida corporation, and
ANTHONY RAMOS, individually,

    Defendants.
_____/

## COMPLAINT

1.     Plaintiffs, JUAN HUIX and DIEGO HUIX, (hereinafter referred to as "Plaintiffs"), were employees of Defendants, THE KRONER GROUP, INC., d/b/a COVERALL OF PALM BEACH, (hereinafter referred to as "COVERALL OF PALM BEACH"), a Florida corporation, and ANTHONY RAMOS, individually, and bring this action for unpaid wages and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b). Plaintiffs performed work as cleaning people and related activities in Palm Beach County, Florida.

2.     Defendant, COVERALL OF PALM BEACH, is a Florida corporation that owns and operates a business in Palm Beach County, Florida and within the jurisdiction of this Court.

resident of the State of Florida, who regularly exercised the authority to hire and fire employees, determine the work schedules of employees, set the rate pay of employees, and control the finances and operations of COVERALL OF PALM BEACH. By virtue of such control and authority, ANTHONY RAMOS is an employer as such term is defined by the FLSA. 29 U.S.C. 201 et seq.

4. This action is brought to recover from Defendants unpaid wages, liquidated damages, and the costs and reasonable attorney's fees under the provisions of Title 29 U.S.C. §216 (b) (the Act).

5. Jurisdiction is conferred on this Court by Title 28 U.S.C. §1337 and by Title 29 U.S.C. §216(b). At all times pertinent to this Complaint, COVERALL OF PALM BEACH, was an enterprise engaged in commerce or in the production of goods for commerce as defined §3(r) and 3(s) of the Act, 29 U.S.C. §203(r) and 203(s). Additionally, Plaintiffs themselves were individually engaged in commerce.

6. At all time pertinent to this Complaint, Defendants failed to comply with Title 29 U.S.C. §201-209, in that Plaintiffs performed services for Defendants for which no provisions were made by the Defendants to properly pay Plaintiffs for those hours which Plaintiffs worked for Defendants.

7. The records, if any, concerning the number of hours actually worked by Plaintiffs and the compensation actually paid to Plaintiffs should be in the

possession and custody of Defendants.

## COUNT I

## FLSA ACTION TO RECOVER UNPAID WAGES

8. Plaintiffs readopt and reallege and allegations contained in Paragraphs 1 through 7.

9. Plaintiffs are entitled to be paid at the current minimum wage rate of pay for each hour they worked during their employ. In addition, Plaintiffs are entitled to be paid time and a half of their regular rate of pay for all hours worked in excess of 40 in a work week.

10. Plaintiffs worked for Defendants in August 2003. Plaintiffs worked in excess of 40 hours in a work week. Despite performing services for Defendants, Plaintiffs were not compensated. Defendants failed to pay Plaintiffs for all their hours worked, including overtime hours.

11. Plaintiff have twice requested proper compensation from Defendants, in writing. Defendants refused to compensate Plaintiffs the wages due to them.

12. Defendants' refusal to pay Plaintiffs resulted in Plaintiffs receiving less than the minimum wages. In addition, Defendants have failed to pay Plaintiffs properly for the overtime hours they worked.

13. Defendants willfully failed to pay Plaintiffs their wages, contrary to the requirements of 29 U.S.C. §206, 207.

14. As a direct and proximate result of Defendants' deliberate underpayment of wages, Plaintiffs have been damaged in the loss of minimum wages and overtime wages.

WHEREFORE, Plaintiffs demand judgment against Defendants, COVERALL OF PALM BEACH and ANTHONY RAMOS, for compensatory damages, an additional equal amount of liquidated damages, together with costs and attorney's fees pursuant to the FLSA and such other further relief as this Court deems just and proper, including trial by jury.

DATED this 20 day of October, 2003.

SHAVITZ LAW GROUP, P.A.
2000 Glades Road, Suite 200
Boca Raton, FL 33431
Tel: 561-447-8888
Fax: 561-447-8831
E-mail: gshavitz@shavitzlaw.com

_____
GREGG I. SHAVITZ
Fl. Bar No.: 11398

Case 9:03-cv-80978-KLR Document 1 Entered on FLSD Docket 10/22/2003 Page 5 of 5

The JS-44 civil cover sheet and the information ...ed herein neither replace nor supplement the ... d service of pleadings or other papers...
y law, except as provided by local rules of court. T... form, approved by the Judicial Conference of the United States i... September 19...
the Clerk of Court for the purpose of initiating the c... (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**03-80978**

**(a) PLAINTIFFS**
Ivan Huix and Diego Huix

OCT 22 2003

**DEFENDANTS**
d/b/a The Kroner Group Inc
Generali of Palm Beach, a Florida
corporation, and Anthony ...., individually

**CIV-RYSKAMP**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
**MAGISTRATE JUDGE**
**VITUNAC**

03-80978-CIV-KLR/AKV   561-447-8888

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Shavitz Law Group
2000 Glades Road, Suite 200
Boca Raton, FL 33431

**ATTORNEYS (IF KNOWN)**

CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | PERSONAL PROPERTY | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | **A LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | | ☒ 710 Fair Labor Standards Act | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | A☐ 530 General | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LENGTH OF TRIAL
1 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 10/21/03

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # 719287   AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____