UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 03-80978- CIV-RYSKAMP

JUAN HUIX AND DIEGO HUIX

Plaintiffs,

v.

THE KRONER GROUP, INC. d/b/a
COVERALL OF PALM BEACH, a Florida corporation,
and ANTHONY RAMOS, individually

Defendants,
_____/

## NOTICE TO THE COURT REGARDING
## NAME CHANGE AND CHANGE OF ADDRESS

The undersigned attorney requests this Court to take notice of her change of name (due to marriage) and address change (due to change of employment) and adjust its records accordingly. My name and address currently appears in the Court's registry of attorneys as follows:

        Former Name:  Dominique T. Suite-Brown
        Former Address:  Greenberg Traurig
                      500 East Las Olas Blvd
                      Suite 1400
                      Fort Lauderdale, FL 33301

Please change your records to reflect the following:

        Current Name:  Dominique T. March
        Current Address:  Coverall North America, Inc.
                      Legal Department
                      500 West Cypress Creek Road, Suite 580
                      Fort Lauderdale, FL 33309
                      (954)938-3115 (phone)
                      (954)928-0970 (fax)



Respectfully submitted this 20th day of November, 2003.

*Dominique J. March*
Dominique T. March, Esq.
Fla Bar. No. 0885339
Corporate Counsel for the Defendant
Coverall North America, Inc.
Legal Department
500 West Cypress Creek Road
Suite 580
Fort Lauderdale, FL 33309
(954)938-3115 (phone)
(954)928-0970 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. mail and by facsimile on this 20th day of November, 2003, to Christine Duignan, Esq. counsel for the Plaintiffs, the Shavitz Law Group, Inc., 2000 Glades Road, Suite 200, Boca Raton, FL 33431.

*Dominique J. March*
Dominique T. March