UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 03-80978-CIV-RYSKAMP

JUAN HUIX and DIEGO HUIX,

    Plaintiffs,

v.

THE KRONER GROUP, INC., d/b/a COVERALL
OF PALM BEACH., a Florida corporation, and
ANTHONY RAMOS, individually,

    Defendants.
_____/



## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, JUAN HUIX and DIEGO HUIX, by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida, hereby Voluntarily Dismiss Defendant, The Kroner Group, Inc., d/b/a Coverall of Palm Beach, without prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. Mail to: Dominique T. March, Esq., 500 W. Cypress Creek Road, Suite 580, Ft. Lauderdale, FL 33309 (Tel: 954-938-3115; Fax: 954-928-0970), this 5th day of December, 2003.

    SHAVITZ LAW GROUP, P.A.
    2000 Glades Road, Suite 200
    Boca Raton, FL 33431
    Tel: 561-447-8888
    Fax: 561-447-8831
    E-mail: gshavitz@shavitzlaw.com

    _____
    GREGG I. SHAVITZ
    Fl. Bar No.: 11398

1