UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-80978-CIV-RYSKAMP/VITUNAC

JUAN HUIX and DIEGO HUIX,

    Plaintiffs,

v.

THE KRONER GROUP, INC., d/b/a COVERALL
OF PALM BEACH, INC., a Florida corporation, and
ANTHONY RAMOS, individually,

    Defendants.
_____/



## ORDER DISMISSING DEFENDANT THE KRONER GROUP, INC.

THIS CAUSE comes before the Court pursuant to Plaintiffs' Notice of Voluntary Dismissal without Prejudice of Defendant The Kroner Group, Inc., filed December 8, 2003 [DE 9]. The Court being fully advised, it is hereby

ORDERED AND ADJUDGED that the above-styled action is hereby dismissed without prejudice as to Defendant The Kroner Group, Inc.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 9 day of December, 2003.

                            /s/ Kenneth L. Ryskamp
                            KENNETH L. RYSKAMP
                            UNITED STATES DISTRICT COURT

Copies provided:
Gregg I. Shavitz, Esq.
Dominique T. March, Esq.